IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANTHONY MACK, | § | |
| *Plaintiff,* | § § § | |
| v. | § | Civil Action No. 3:24-CV-0826-X-BN |
| ADAM MATTHEW SWARTZ, ET AL., | § § § | |
| *Defendants.* | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 22nd day of May, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE